IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| RYHN, Inc. and | § | |
| GUKH International, Inc., | § | |
| | § | |
| *Plaintiffs*, | § | Civil Action No. 6:19-cv-00529 |
| | § | |
| v. | § | |
| | § | |
| | § | |
| National Carwash Solutions, Inc. | § | |
| f/k/a RYKO Solutions, Inc., | § | |
| | § | |
| *Defendant*. | § | |

**DEFENDANT NATIONAL CARWASH SOLUTIONS, INC.**
**f/k/a RYKO SOLUTIONS, INC.'S**
**NOTICE OF REMOVAL**

National Carwash Solutions, Inc. f/k/a RYKO Solutions, Inc. ("Defendant"), by and through its attorneys, hereby removes this case from the 241st Judicial District Court of Smith County, Texas, to the United States District Court for the Eastern District of Texas, Tyler Division, under 28 U.S.C. §§ 1332, 1441, and 1446. Removal is proper based on diversity jurisdiction.

**LOCAL RULE CV-81 INFORMATION**

1.  Style of the state court case.

    *RYHN, Inc. and GUKH International Inc. v. National Carwash Solutions, Inc. f/k/a RYKO Solutions, Inc.*, Cause No. 19-2252-C, 241st Judicial District Court, Smith County, Texas.

2.  Whether a jury was requested in state court.

    No party has requested a jury.

3.  List of parties and current status of the removed case.

    Plaintiffs:   RYHN, Inc. and GUKH International, Inc.

    Defendant:  National Carwash Solutions, Inc. f/k/a RYKO Solutions, Inc.

1

The removed case is currently pending.

4.    <u>L.R. CV-81(c)(2).</u>

A civil cover sheet is being filed concurrently with this removal.  A certified copy of the state court docket sheet is attached as Exhibit A. A copy of all pleadings, answers, process, orders, and other filings in the state court action are attached as Exhibit B.

5.    <u>Complete list of attorneys</u>.

<div style="margin-left:2em">

Counsel for Plaintiffs:     John F. Berry
Texas Bar No. 02236650
jfberry@suddenlink.com
Brian E. Richardson
Texas Bar No. 24068651
brichardson@suddenlink.com
**John F. Berry, P.C.**
100 Independence Pl., Suite 400
Tyler, TX  75703
Telephone: 903.561.4200
Facsimile:  903.561.8922

Counsel for Defendant:     E. Glenn Thames, Jr.
Texas Bar No. 00785097
glennthames@potterminton.com
POTTER MINTON, A PROFESSIONAL CORPORATION
110 N. College Avenue, Suite 500
Tyler, TX  75702
Telephone:  903.597.8311
Facsimile:   903.593.0846

</div>

6.    <u>A record of which parties have requested a jury trial</u>.

No party has requested a jury trial.

7.    <u>Name and address of the court from which the case was removed</u>.

The 241st Judicial District Court, Smith County, Texas, 100 N. Broadway, Room 220, Tyler, TX  75702.

{A35/10416/0001/W1631446.1 }

## BASIS FOR REMOVAL

8.      This is a civil action over which the Court has jurisdiction under 28 U.S.C. § 1332(a) because (1) there is complete diversity of citizenship between the Plaintiffs and Defendant and (2) more than $75,000, exclusive of interest and costs, is at stake.

9.      Plaintiffs cannot dispute that there is complete diversity of citizenship. Plaintiffs allege that each of them is a Texas corporation. Exhibit B at 1. Defendant is a Delaware corporation.

10.     Plaintiffs also cannot contest that there is more than $75,000 at stake, as they specifically "seek monetary relief of more than $200,000 …" in damages.  Exhibit B at 1. *See S.W.S. Erectors Inc. v. Infax Inc*., 72 F.3d 489, 492 (5th Cir. 1996) (removing defendant can rely on plaintiff's statement of amount in controversy); 28 U.S.C. § 1446(c)(2).

## ALL PROCEDURAL REQUIREMENTS HAVE BEEN SATISFIED

11.      National Carwash Solutions, Inc. f/k/a RYKO Solutions, Inc. is the only Defendant. *Id.* It is represented by the undersigned counsel and consents to this removal under 28 U.S.C. § 1446(b).

12.     This Notice of Removal has been filed within 30 days of the date that Defendant received the petition in this matter. Removal is therefore timely under 28 U.S.C. § 1446(b).

13.     Removal is properly made to this Court under 28 U.S.C. §§ 1441(a) and 1446(a) because the United States District Court for the Eastern District of Texas, Tyler Division is the federal judicial district court embracing the 241st Judicial District Court of Smith County, Texas, where this action was originally filed.

14.     As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendant in state court is attached as Exhibit B.

15.     As required by 28 U.S.C. § 1446(d), Defendant will promptly serve all adverse parties and will file with the clerk of the state court a true and correct copy of this Notice of Removal.

## RESERVATION OF RIGHTS AND DEFENSES

16.     Defendant expressly reserves all rights, defenses, and objections to Plaintiffs' petition, this action, or any other action brought by or on behalf of Plaintiffs. Defendant files this Notice of Removal without waiving any such rights, defenses, and objections and intend no admission of fact, law, or liability by filing this Notice.

17.     Defendant reserves the right to amend or supplement this Notice of Removal.

Dated:  November 6, 2019                          Respectfully submitted,

*/s/ E. Glenn Thames, Jr.*
E. Glenn Thames, Jr.
Texas Bar No. 00785097
glennthames@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College Ave., Ste. 500
Tyler, Texas 75702
(903) 597-8311 **T**
(903) 593-0846 **F**

*Attorneys for Defendant National Carwash Solutions, Inc. f/k/a RYKO Solutions, Inc.*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record are being served with this document via electronic means pursuant to Local Rule CV-5(d) on November 6, 2019 as follows:

John F. Berry              jfberry@suddenlink.com
Brian E. Richardson        brichardson@suddenlink.com


*/s/ E. Glenn Thames, Jr.*
E. Glenn Thames, Jr.

{A35/10416/0001/W1631446.1 }