# EXHIBIT A

**241ST JUDICIAL DISTRICT COURT**

# CASE SUMMARY
## CASE NO. 19-2252-C

| | | |
|---|---|---|
| RYHN, Inc., GUKH International, Inc. VS. National Carwash Solutions, Inc. | § § § § | Location: **241st Judicial District Court**<br>Judicial Officer: **Skeen, Jack, Jr.**<br>Filed on: **09/12/2019** |

---

### CASE INFORMATION

Case Type: **Civil Case - Other**

Case Status: **09/12/2019   Filed**

---

### DATE | CASE ASSIGNMENT

**Current Case Assignment**
Case Number             19-2252-C
Court                   241st Judicial District Court
Date Assigned           09/12/2019
Judicial Officer        Skeen, Jack, Jr.

---

### PARTY INFORMATION

*Lead Attorneys*

**Plaintiff**   **GUKH International, Inc.**

**BERRY, JOHN F.**
*Retained*
903-561-8922(F)
903-561-4200(W)
*100 INDEPENDENCE PL.*
*Ste. 400*
*Tyler, TX 75703*
jfberry@JBerrylaw.net

**RYHN, Inc.**

**BERRY, JOHN F.**
*Retained*
903-561-8922(F)
903-561-4200(W)
*100 INDEPENDENCE PL.*
*Ste. 400*
*Tyler, TX 75703*
jfberry@JBerrylaw.net

**Defendant**   **National Carwash Solutions, Inc.**

**THAMES, E. GLENN, Jr.**
*Retained*
903-593-0846(F)
903-597-8311(W)
*110 N. COLLEGE, STE. 500*
*TYLER, TX 75702*
glennthames@potterminton.com

---

### DATE | EVENTS & ORDERS OF THE COURT

**EVENTS**

| | |
|---|---|
| 09/12/2019 | Original Petition (OCA) |
| 09/12/2019 | Docket Sheet |
| 09/25/2019 | Request for Citation |



CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

**241ST JUDICIAL DISTRICT COURT**

# CASE SUMMARY
## CASE NO. 19-2252-C

| 09/30/2019 | Citation |
| 11/04/2019 | Answer |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Plaintiff** RYHN, Inc. | |
| | Total Charges | 377.00 |
| | Total Payments and Credits | 377.00 |
| | **Balance Due as of 11/6/2019** | **0.00** |



CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

STATE OF TEXAS - COUNTY OF SMITH

I, Penny Clarkston, District Clerk of Smith County, Texas, do hereby certify that the foregoing is a true and correct copy of the original record, now in my lawful custody and possession, as appears of record in Vol. _____ , Page _____ Minutes of said Court on file in my office.

Witness my official hand and seal of office on this date:

_Tmoriow_

Penny Clarkston, District Clerk - Smith County, Texas

By: __11-06-19__ Deputy