IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

RYHN, Inc. and                          §
GUKH International, Inc.,                §
                                        §
                                        §
        v.                              §        Civil Action No. 6:19-cv-00529-JCB
                                        §
                                        §
National Carwash Solutions, Inc.        §
f/k/a RYKO Solutions, Inc.              §

## AGREED MOTION TO DISMISS

Plaintiffs RYHN, Inc. and GUKH International, Inc. and Defendant National Carwash Solutions, Inc. f/k/a RYKO Solutions, Inc. hereby jointly move the Court for an order dismissing all claims, counterclaims, and causes of action, with prejudice, which have been or could have been asserted in this case, as all matters of fact and things in controversy have been fully and finally compromised and settled.

Accordingly, the parties respectfully request that the Court enter the order attached hereto dismissing with prejudice all claims, counterclaims, and causes of action which have been or could have been asserted in this matter, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Brian E. Richardson*
*(by E. Glenn Thames, Jr., with permission)*
Brian E. Richardson
Texas State Bar No. 24068651
brichardson@jberrylaw.net
JOHN F. BERRY, P.C.
100 Independence Place, Suite 400
Tyler, Texas 75703
Telephone:  903-561-4200
Fax:  903-561-8922

*ATTORNEY FOR PLAINTIFFS*

*/s/ E. Glenn Thames, Jr.*
E. Glenn Thames, Jr.
Texas State Bar No. 00785097
glennthames@potterminton.com
POTTER MINTON
A PROFESSIONAL CORPORATION
110 N. College Ave., Suite 500
Tyler, Texas 75702
Telephone:  903-597-8311
Fax:  903-593-0846

*ATTORNEYS FOR DEFENDANT*

CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with the foregoing document via the Court's electronic filing system on this 20th day of January, 2021.

*/s/ E. Glenn Thames, Jr.*
E. Glenn Thames, Jr.