IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| RYHN, Inc. and | § | |
| GUKH International, Inc., | § | |
| | § | |
| *Plaintiffs,* | § | |
| v. | § | Civil Action No. 6:19-CV-00529-JCB |
| | § | |
| National Carwash Solutions, Inc. | § | |
| f/k/a RYKO Solutions, Inc., | § | |
| | § | |
| *Defendant.* | § | |

## AGREED ORDER OF DISMISSAL

Before the Court is the Agreed Motion to Dismiss filed by the parties. After consideration, the motion is GRANTED. It is, therefore,

ORDERED that all claims that were or could have been asserted by any party against the other are hereby DISMISSED WITH PREJUDICE to the refiling of same. It is, further,

ORDERED that all costs and attorneys' fees are taxed to the party incurring same.

This order disposes of all parties and all claims and is therefore a final judgment.